UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | CV 19-6159 FMO | **Date** | August 14, 2019 |
| **Title** | In re Philip Oran Dodson | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None Present | None Present |

**Proceedings:**      **(In Chambers) Order to Show Cause**

The court is in receipt of Philip Oran Dodson's ("appellant") Notice of Appeal. (See Dkt. 1). The Notice of Appeal was filed on July 17, 2019, (see id.), and identifies a bankruptcy court order issued on May 15, 2019, as the subject of the appeal. (See id. at 2).

"A party to a bankruptcy proceeding has fourteen days to appeal a bankruptcy judge's order." In re Ozenne, 841 F.3d 810, 814 (9th Cir. 2016) (citing Fed. R. Bankr. P. 8002(a)(1)). In turn, this "14–day time deadline in Rule 8002(a) . . . is a jurisdictional requirement." In re Wilkins, 587 B.R. 97, 103 (9th Cir. B.A.P. 2018).

Based on the foregoing, IT IS ORDERED THAT no later than **August 26, 2019**, appellant shall show cause, in writing, why this action should not be dismissed pursuant to Fed. R. Bankr. P. 8002 for lack of appellate jurisdiction. Failure to do so shall result in the dismissal of this action for lack of jurisdiction, failure to prosecute, and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |