JS-6

FILED
CLERK, U.S. DISTRICT COURT
9/3/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP ORAN DODSON, Appellant, v. FIA CARD SERVICES, Appellee. | Case No. CV 19-6159 FMO **JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 3rd day of September, 2019.

/s/
Fernando M. Olguin
United States District Judge